583 A.2d 338

CORONET PROPERTIES COMPANY v. THE TOWNSHIP
OF NORTH BERGEN.

March 7, 1990.

Petition for certification denied.

583 A.2d 338

HERBERT TATE v. NEW JERSEY STATE PAROLE BOARD.

March 7, 1990.

Petition for certification denied.

583 A.2d 338

SULIMAN SHABAZZ v. NEW JERSEY STATE PAROLE BOARD.

March 7, 1990.

Petition for certification denied.

583 A.2d 339

ALAN GRAHAM v. NEW JERSEY STATE PAROLE BOARD.

March 7, 1990.

Petition for certification denied.